IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LUCILA RAMIREZ-MENDOZA,** | |
| *Petitioner*, | |
| v. | Civil No.: 1:26-cv-00481-JRR |
| **PAMELA BONDI,** *et al.*, | |
| *Respondents*. | |

## ORDER

Pending now before the court is Lucila Ramírez-Mendoza's Amended Petition for Writ of Habeas Corpus (ECF No. 9; the "Petition"). The court has considered all papers as well as the parties' oral representations on the record at the court proceeding held this 12th day of February 2026. For the reasons set forth on the record in open court at the proceeding convened today, it is this 12th day of February 2026:

**ORDERED** that the Petition (ECF No. 9) shall be, and is hereby, **DENIED WITHOUT PREJUDICE with leave to amend**.

Further, as the parties agreed at today's proceeding, Petitioner is detained and subject to discretionary detention under 8 U.S.C. § 1226(a), not mandatory detention under 8 U.S.C. § 1225(b); and Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d). Against that backdrop and as mutually requested by the parties at today's proceeding, it is **ORDERED** that, upon Petitioner's written request or motion for a bond hearing, Petitioner shall receive a bond hearing, with meaningful consideration of the applicable, relevant factors, before an Immigration Judge and/or Immigration Court having jurisdiction or control over Petitioner's detention or having administrative control over Petitioner's immigration or removal case pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d). Further,

based on Respondents' representation and suggestion at the conclusion of today's court proceeding, the parties shall file a joint status report within 20 days of entry of this order.

/S/

_____
Julie R. Rubin
United States District Judge